# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159566(98)
159567

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

YREVA MUHAMMAD, Personal Representative
of the ESTATE OF ROBERT MUHAMMAD,
      Plaintiff-Appellant,

v

WILLIAM GRESLEY, MATTHEW KAMPS,
SEBASTIEN LEBON, BERTRAND THIBAULT,
MICHAEL CHAMPRENAULT, DANIEL
MOORE, and NICOLAS PELFRENE,
      Defendants-Appellees.

SC: 159566, 159567
COA: 341745, 343236
Kent CC: 16-001357-NO

_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 3, 2019.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2019



Clerk